UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVONDRAE WILLIAMS,<br>Plaintiff,<br>v.<br>SAFEWAY, INC., et al.,<br>Defendants. | Case No. C26-2889-KKE<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 14th day of August, 2026.

S. KATE VAUGHAN
United States Magistrate Judge